IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK D. CAHILL,

    Plaintiff,

vs.                                      CASE NO. 4:09cv65/RS-WCS

JEAN JOHNSON; JACK M. SCHEMER; and
JOHN BRADFORD STETSON, JR.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Pursuant to 28 U.S.C. §§1404(a) and 1406(a), this case is transferred to the U. S. District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

3. The clerk is directed to close the file.

**ORDERED** on March 25, 2009.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**